[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APR 25, 2007
THOMAS K. KAHN
CLERK

_____

No. 06-14199
Non-Argument Calendar

_____

D. C. Docket No. 04-00139-CR-J-32-TEM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

CARL L. LAWSON,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(April 25, 2007)**

Before TJOFLAT, DUBINA and CARNES, Circuit Judges

PER CURIAM:

James H. Burke, appointed counsel for Carl Lawson in this direct criminal

and sentencing appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Lawson's conviction and sentence are **AFFIRMED.**